| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>sonyamehta@siegelyee.com<br><br>DOUGLAS R. KERTSCHER, Georgia Bar No. 416265<br>(pro hac vice)<br>JULIE H. BURKE, Georgia Bar No. 448095<br>(pro hac vice)<br>HILL, KERTSCHER & WHARTON, LLP<br>3625 Cumberland Blvd. SE, Suite 1050<br>Atlanta, GA 30339<br>Telephone: (770) 953-0995<br>Facsimile: (770) 953-1358<br>drk@hkw-law.com<br>jb@hkw-law.com<br><br>Attorneys for Plaintiff<br>JOHN GOODE | KIRAN S. LOPEZ (SBN 252467)<br>TESLA, INC.<br>31353 Huntwood Avenue<br>Hayward, CA  94544<br>Tel: (510) 391-0702<br><br>kirlopez@tesla.com<br><br>Attorney for Defendant<br>TESLA, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN GOODE**,<br><br>                 Plaintiff,<br>   v.<br><br>**TESLA, INC.**,<br>                 Defendant. | JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Case No.: 3:23-cv-01530-CRB |

---

*Goode v. Tesla, Inc.*
STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE – 1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, that Plaintiff John Goode's claims against Defendant Tesla, Inc. are resolved and this case shall be dismissed in its entirety with prejudice. Each party will bear its own attorney fees and costs.

DATED: July 12, 2024                By: /s/Douglas R. Kertscher
                                    Douglas R. Kertscher
                                    Attorney for Plaintiff
                                    JOHN GOODE

DATED: July 12, 2024                Respectfully submitted,

                                    TESLA, INC.

                                    By: /s/ Kiran S. Lopez
                                    Kiran S. Lopez
                                    Attorney for Defendant
                                    TESLA, INC.

ATTESTATION

I attest that all other signatories lists, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 12, 2024                /s/ Douglas R. Kertscher
                                    Douglas R. Kertscher

ORDER

Pursuant to the foregoing Stipulation, this entire action is hereby dismissed with prejudice.

Dated: __July 15__, 2024            _____
                                    United States District Judge Charles R. Breyer

*Goode v. Tesla, Inc.*
STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE – 2